UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURJANT SINGH,<br><br>            Petitioner,<br><br>v.<br><br>TONYA ANDREWS, et al.,<br><br>            Respondents. | No. 1:26-cv-00851-DJC-EFB<br><br><br>ORDER |

Petitioner Gurjant Singh has filed a Petition for Writ of Habeas Corpus (Pet. (ECF No. 1)) and a Motion for Temporary Restraining Order (Mot. (ECF No. 3)). Based on the information provided in the Opposition, the Court finds that Petitioner has presently not established a likelihood of success on his claims. Petitioner originally argued that he "remained in pre–final order removal proceedings under INA § 240 at all relevant times[,]" and was thus subject to detention under 8 U.S.C. § 1226(a). (Mot. at 5.) However, the records provided by Respondents show that Petitioner has been subject to a final order of removal since June 2022. (*See* ECF No. 9-3 at 1–3.) There remains some question as to whether the Government will be able to remove Petitioner in the reasonably foreseeable future. Respondents presently only state that they are investigating a potential third country removal to Canada. (ECF No. 9-1 ¶ 11.) But this issue was not raised in the Petition and Motion and thus is not presently

before the Court.  As such, Petitioner has not established a likelihood of success on the merits.

Accordingly, IT IS HEREBY ORDERED that Petitioner's Motion for Temporary Restraining Order (ECF No. 3) is DENIED.  Within fourteen days of this order Petitioner may file a further brief in support of a issuance of a Preliminary Injunction.  If no such brief is filed in that time, this matter shall be referred to the assigned Magistrate Judge for resolution of the merits.

Dated:  February 10, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE