UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GURJANT SINGH,

             Petitioner,

    v.

TONYA ANDREWS, et al.,

             Respondents.

No.  1:26-cv-00851-DJC-EFB (HC)

ORDER

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The District Judge has denied preliminary injunctive relief and referred the matter to the undersigned magistrate judge.  ECF No. 10.

It is HEREBY ORDERED that, within 3 days of the date of this order, petitioner may file a reply to respondents' opposition to the petition (ECF No. 9).  If no reply is filed within that time, the court will consider the petition submitted.

DATED: March 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1